Opinion issued April 15, 2022



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00754-CV

———————————

## IN RE KINGWOOD DIAMOND, INC AND OBAID UDDIN, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Kingwood Diamond, Inc. and Obaid Uddin, have filed a petition for writ of mandamus challenging (1) the trial court's June 24, 2020 order granting sanctions and (2) the trial court's August 14, 2020 judgment against Relators.[1] We deny the petition. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Goodman, and Guerra.

---

[1] The underlying case is *Lonestar Petroleum, L.P. v. Kingwood Diamond, Inc., Obaid Uddin, OHK Global, Inc., Fuel 2 Go, LLC, Agha Asad Ali, and Agha Hammad Ali*, cause number 2019-27229, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.